THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WALTER CALDWELL, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting defendant of the crime of practicing dentistry without a license, unanimously affirmed. No opinion. Present — Nolan, P. J., Carswell, MacCrate, Schmidt and Beldock, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MAX GRUBERMAN, Appellant.— Appeal from an order of the County Court, Kings County, denying a motion in the nature of *coram nobis* to vacate a judgment rendered by said court on January 11, 1937, convicting defendant of the crime of robbery in the first degree, while armed. On appeal, this court affirmed the judgment of conviction. (251 App. Div. 743.) Order affirmed. Appellant based the application to the County Court upon proceedings which were part of the record on appeal and upon the same grounds that were urged on his appeal from the judgment of conviction. (*People* v. *Sadness,* 300 N. Y. 69.) Nolan, P. J., Carswell, MacCrate, Schmidt and Beldock, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. WILLIAM RUPOLI, Defendant. In the Matter of WILLIAM RUPOLI, Appellant, against THE PEOPLE OF THE STATE OF NEW YORK, Respondent.— Order of the County Court, Kings County, denying appellant's motion, in the nature of *coram nobis,* to vacate a judgment of that court convicting appellant of the crime of receiving stolen property, as a felony, affirmed. No opinion. Nolan, P. J., Carswell, Adel, Wenzel and Schmidt, JJ., concur.

SACK-SONS CARTON CO., INC., et al., Respondents, v. HARRY WAX et al., Appellants, et al., Defendants.— In an action to recover damages for alleged conspiracy, appellants' attorney returned respondents' notice of motion to examine appellants before trial, because the notice stated that the motion was returnable in the Municipal Court instead of in the Supreme Court, where the action was pending. Appellants did not appear on the return day, and the motion was granted by default. Appellants' motion to open the default was denied on the ground that the default was deliberate. Order affirmed, with $10 costs and disbursements; the examination to proceed within five days after the entry of the order hereon. No opinion. Carswell, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ., concur.